**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

J.R.C et al,

    Plaintiff(s),

v.

                                         Case No.  25-cv-11853
                                         Judge Sara L. Ellis

NOEM et al,

    Defendant(s).

## <u>ORDER</u>

(T:20) In Court Hearing Held. The Court grants Petitioner's oral motion to voluntarily dismiss this action as to Alfa Nohemi Chavez Alvarez and the minor children, D.R.C. and J.R.C. However, it shall remain pending as to Petitioner Jaime Misael Ramirez.  It is further ordered that this action is transferred to the Southern District of Indiana as to Petitioner Jaime Misael Ramirez Ambrosio only, forthwith.

Date:  10/8/2025

_____
U.S. District Court Judge Sara L. Ellis