UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAIME MISAEL RAMIREZ AMBROSIO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 1:25-cv-02075-JPH-TAB |
| ) | |
| KRISTI NOEM, ) | |
| GREGORY BOVINO, ) | |
| RODNEY S SCOTT, ) | |
| TODD M. LYONS, ) | |
| SAMUEL OLSON, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

"The plain language of" 28 U.S.C. § 2241 "confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004). "[W]hen the Government moves a habeas petitioner after she properly files a petition naming her immediate custodian, the District Court retains jurisdiction and may direct the writ to any respondent within its jurisdiction who has legal authority to effectuate the prisoner's release." *Id.* at 441.

The District Court for the Northern District of Illinois transferred this habeas corpus action to this Court without explaining why this Court is the proper venue for the case. The order states in its entirety:

1

> In Court Hearing Held. The Court grants Petitioner's oral motion to voluntarily dismiss this action as to Alfa Nohemi Chavez Alvarez and the minor children, D.R.C. and J.R.C. However, it shall remain pending as to Petitioner Jaime Misael Ramirez. It is further ordered that this action is transferred to the Southern District of Indiana as to Petitioner Jaime Misael Ramirez Ambrosio only, forthwith.

Dkt. 18. Meanwhile, the parties' filings in the Northern District of Illinois indicate that the petitioner was detained in that district, driven to Gary, Indiana, and flown to Harlingen, Texas, with a layover in Indianapolis. Dkt. 14 at 12; dkt. 15 at 6–7. The habeas petition was filed at 4:16 P.M. CDT on September 29, 2025, at which point the petitioner was physically in Texas. *Id.*; dkt. 1. The petitioner therefore was not present in this District when he filed his petition.

In short, if there is a legally sound basis for this case to proceed in this District, it is not ascertainable from the records that have been transferred to this Court. The parties will have **through October 14, 2025**, to **show cause** why this Court is the proper venue for this action or, if it is not, what venue is proper.

**SO ORDERED.**

Date: 10/10/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Craig Arthur Oswald
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604

Charles Roth
National Immigrant Justice Center
111 West Jackson Blvd
Suite 800
Chicago, IL 60604

All Electronically Registered Counsel.